IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RODERICK L. PARKER,

    Plaintiff,

v.                          Civil Action No. 3:17CV394

D. ZOOK, et al.,

    Defendants.

MEMORANDUM OPINION

Roderick L. Parker, a Virginia inmate proceeding pro se and in forma pauperis, filed this 42 U.S.C. § 1983 action. In order to state a viable claim under 42 U.S.C. § 1983, a plaintiff must allege that a person acting under color of state law deprived him or her of a constitutional right or of a right conferred by a law of the United States. See Dowe v. Total Action Against Poverty in Roanoke Valley, 145 F.3d 653, 658 (4th Cir. 1998) (citing 42 U.S.C. § 1983). Parker's rambling and piecemeal allegations failed to provide each defendant with fair notice of the facts and legal basis upon which his or her liability rests. See Bell Atl. Corp. v. Twombly, 550 U.S. 544, 555 (2007) (quoting Conley v. Gibson, 355 U.S. 41, 47 (1957)). Accordingly, by Memorandum Order entered on February 13, 2018, the Court directed Parker to submit a particularized complaint within fourteen (14) days of the date of entry thereof. The Court warned Parker that the failure to submit the

particularized complaint would result in the dismissal of the action.

More than fourteen (14) days have elapsed since the entry of the February 13, 2018 Memorandum Order. Parker failed to submit a particularized complaint or otherwise respond to the February 13, 2018 Memorandum Order. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Parker.

/s/ REP

Robert E. Payne
Senior United States District Judge

Date: March 28, 2018
Richmond, Virginia